UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL PATRICK HARD,

        Plaintiff,

    v.

PAT CICHOWICZ, et al.,

        Defendants.
_____/

No. C 14-4610 EDL (PR)

**REASSIGNMENT ORDER**

Plaintiff filed the instant federal civil rights complaint on October 15, 2014. On February 13, 2015, the court dismissed in part plaintiff's complaint and ordered the defendants to be served. On April 6, 2015, plaintiff filed a Motion for a Temporary Restraining Order and for a Preliminary Injunction.

This case has been assigned to the undersigned Magistrate Judge. However, as mentioned above, plaintiff has sought a temporary restraining order and/or preliminary injunction, which is a type of judicial action that a Magistrate Judge may not take without the consent of all parties. Presently, the necessary consents have not been secured, and time is of the essence. Accordingly, the Clerk of the Court shall randomly reassign this case to a District Judge.

**IT IS SO ORDERED.**

Dated: April 8, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.14\Hard4610.reassign.wpd