Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
RAYMOND BANGLE, ESQ. (SBN 105057)
SHELBI L. OVENSTONE, ESQ. (SBN 266061)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendants COUNTY OF LAKE,
PAT CHICHOWICZ and JAMES GROGG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PATRICK HARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LAKE DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br>Defendants. | Case No. 3:14-CV-04610-VC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FILE MOTION FOR SUMMARY JUDGMENT<br><br>Complaint Filed: October 15, 2014 |

Plaintiff DANIEL PATRICK HARD is a pro se prison who is incarcerated at an unknown location. He has filed a pro se civil rights action alleging that defendants have violated his due process rights concerning his personal and potentially real property.

On February 13, 2015, this Court issued an order directing service on the individual defendants PAT CHICHOWICZ and JAMES GROGG. On April 9, 2015, defendants filed their first motion to enlarge time to file a motion for summary judgment. This motion was granted by Order of the Court on May 8, 2015.

Defendants present good cause to further enlarge the time from the time periods put forth in the Order of May 8, 2015 to both appear in this action and prepare a dispositive motion.

IT IS HEREBY ORDERED that that the time for defendants PAT CHICOWICZ and JAMES GROGG be enlarged such that they be required to respond to plaintiff's Complaint, whether it be the first Complaint or the First Amended Complaint within 28 days of Waiver of

Service being filed with the Court or within 60 days of the date that plaintiff DANIEL HARD files a Notice of Current Address, whichever is later. It is further ordered that any dispositive motion be required to be filed by defendants PAT CHICOWICZ and JAMES GROGG within 28 days of the date they are required to respond to the Complaint.

Signed this 28th day of May, 2015

_____
VINCE CHHABRIA
District Court Judge

2

DECLARATION OF RAYMOND BANGLE III IN SUPPORT OF MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FILE MOTION FOR SUMMARY JUDGMENT