1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    DANIEL PATRICK HARD,                        Case No. 14-cv-04610-VC   (PR)

            Plaintiff,
8                                                **ORDER GRANTING, IN PART,
                                                 PLAINTIFF'S MOTION FOR
9        v.                                      EXTENSION OF TIME**

10   PAT CICHOWICZ, et al.,                       Re: Dkt. No. 35

            Defendants.
11

12

13         On October 26, 2015, Plaintiff moved for an extension of time to file his opposition to

14   Defendants' motion to dismiss so that he could retain counsel to represent him.  The Court granted

15   Plaintiff sixty additional days in which to file his opposition.  On January 13, 2016, the Court

16   received a letter from Plaintiff which is construed to be a second motion for an extension of time

17   to file his opposition.  Plaintiff states that he is in Lake County Jail now, but is scheduled to be

18   transferred to a Veterans' Affairs Program.  He states he has been referred to a law firm, but

19   cannot contact it while he is in the County Jail because he does not have access to a computer with

20   email.  Plaintiff requests ninety additional days to file his opposition.

21         The Court grants this request, in part.  Plaintiff is granted sixty days from the date of this

22   order in which to file his opposition.  The Court will not grant any further requests for extensions

23   of time.

24         **IT IS SO ORDERED**.

25   Dated: February 5, 2016

26                                               _____

27                                               VINCE CHHABRIA
                                                 United States District Judge
28

United States District Court
Northern District of California