UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL PATRICK HARD,

       Plaintiff,

    v.

PAT CICHOWICZ, et al.,

       Defendants.

Case No.  14-cv-04610-VC   (PR)

**ORDER DENYING REQUESTS FOR SUBPOENAS AND OFFICE SUPPLIES; GRANTING FURTHER EXTENSION OF TIME TO FILE OPPOSITION**

Re: Dkt. Nos. 40, 41, 42

Plaintiff Daniel Patrick Hard, incarcerated at the Lake County Jail, filed this *pro se* complaint asserting a due process violation against Lake County Department of Social Services employees Pat Cichowicz and James Grogg.  On October 8, 2015, the defendants filed a motion to dismiss based on *res judicata*.  The Court has granted Hard's two motions for an extension of time to file his opposition.  Now, Hard requests the issuance of subpoenas for documents in his state court case and requests an order for Lake County Jail personnel to provide him with legal office supplies.  He also indicates that he is scheduled to be released from the Lake County Jail on March 29, 2016.

When Hard is released from the Lake County Jail he will be able to obtain the documents and supplies he says he now cannot obtain.  Therefore, the Court *sua sponte* grants Hard a further extension of time to file his opposition.  The opposition is now due on or before May 13, 2016, which is 45 days after Hard's scheduled release from jail.  Hard's requests for subpoenas and office supplies are denied as moot.

      **IT IS SO ORDERED**.

Dated: March 10, 2016

_____

VINCE CHHABRIA
United States District Judge